RED APPLE REST, INC., et al., Appellants, v. J. BURCH MCMORRAN, as Superintendent of Public Works of the State of New York, Respondent.—

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.